IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-680-JLK

SAN LUIS VALLEY ECOSYSTEM COUNCIL,
CONEJOS COUNTY CLEAN WATER, INC.,

    Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of Interior,

ANDREW ARCHULETA, in his official capacity as Field Manager, San Luis Valley Field Office, Bureau of Land Management,

    Federal Defendants.

**ORDER STAYING MERITS BRIEFING SCHEDULE**

Having considered Plaintiffs' unopposed motion [doc. #14], "good cause" has been shown and the Court ORDERS that schedule for briefing the merits as set by the Joint Case Management Plan for Petitions for Review of Agency Action ("Case Management Plan") Dkt. 7 be STAYED to allow resolution of pending motions involving the administrative record. Dkt 13. It is FURTHER ORDERED that within seven days of the order resolving the pending administrative record motion (Dkt. 13), the parties shall confer and submit a joint proposal with specific deadlines for the opening, response, and reply merits briefs.

DATED this 9th day of October 2014.

                        **BY THE COURT**
                        *s/John L. Kane*_____
                        **U.S. District Court Judge**